UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PAUL ADAMS                                                                                    PLAINTIFF
D/B/A ADAMS HOME CENTER

VS.                                                      CIVIL ACTION NO. 5:05cv185-DCB-JCS

AKIMA SITE OPERATIONS, LLC; ET AL.                                         DEFENDANTS

## ORDER

Plaintiff has moved the Court for the dismissal without prejudice of the claims against the Federal Emergency Management Agency ("FEMA") and the United States Army Corps of Engineers ("USACE").  There being no objection thereto, the Court finds that the Motion is well taken and is hereby granted.  Accordingly, Plaintiff's claims against FEMA and USACE are hereby dismissed without prejudice.

SO ORDERED, this the _6th__ day of December, 2005.


\_\_\_\_s/ James C. Sumner_____
UNITED STATES MAGISTRATE JUDGE