IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

PAUL ADAMS
d/b/a ADAMS HOME CENTER            PLAINTIFF/COUNTER-DEFENDANT

VS.            CIVIL ACTION NO. 5:05CV185DCBJMR

AKIMA SITE OPERATIONS, LLC;
AKIMA MANAGEMENT SERVICES, INC.            DEFENDANT

## ORDER OF DISMISSAL

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous of closing this matter on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within sixty (60) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days, and if successful, additional attorneys' fees and costs from this date forward shall be awarded such aggrieved party or parties and against the party failing to consummate the agreement. The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 13th day of September, 2006.


S/JOHN M. ROPER
CHIEF UNITED STATES MAGISTRATE JUDGE